UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PETER CHAMBERLIN,
Petitioner,

v.

CIVIL ACTION NO. 17-11544-PBS

SEAN MEDEIROS,
Respondent.

REPORT AND RECOMMENDATION
ON HABEAS CORPUS PETITION (#1).

KELLEY, U.S.M.J.

I. INTRODUCTION.

Peter Chamberlin, pro se, petitioned for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (#1.) Respondent moved to dismiss on the grounds that the petition was time-barred under 28 U.S.C. § 2244(d)(1). (#10.) Petitioner filed a reply. (#14.) He argued that his filing of a motion to late-file an appeal of the denial of a motion to revise and revoke his sentence tolled the limitations period, and also that the equitable tolling doctrine applied. *Id.* at 4.

For the reasons set out below, this court recommends that the district court find that the petition is time-barred and that petitioner has not demonstrated "extraordinary circumstances" warranting application of the equitable tolling doctrine.

II. PROCEDURAL BACKGROUND.

On August 1, 2011, petitioner was convicted after a jury trial in a Massachusetts Superior Court of armed robbery while masked, kidnapping for purposes of extortion, and armed assault with intent to murder. (#11-1 at 21.) He was sentenced to eighteen to twenty years for the armed

1

[Handwritten margin note: 7/16/18 I adopt the report and recommendation w/ no objection. Dismissed the petition. PBSaris]